UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. MCREE, | Case No.: 11-CV-00991-LHK |
| Plaintiff, | ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| RICHARD N. GOLDMAN, ET AL., | |
| Defendants. | |

In this patent action, pro se Plaintiff filed his Complaint on March 3, 2011. After reassignment of the case to the undersigned Judge on March 29, 2011, this Court set an initial case management conference for June 22, 2011. However, as of the date of this Order, Plaintiff has still not served Defendants with the Complaint. Accordingly, the initial case management conference is continued to Wednesday, August 3, 2011 at 2:00 p.m. Plaintiff should note that, under Federal Rule of Civil Procedure 4(m), failure to timely serve Defendants may result in dismissal of this action. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

**IT IS SO ORDERED.**

Dated: June 16, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00991-LHK
ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE