UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. MCREE, | Case No.: 11-CV-00991-LHK |
| Plaintiff, | ORDER CONTINUING MOTION HEARING AND SETTING BRIEFING SCHEDULE |
| v. | |
| RICHARD N. GOLDMAN, ET AL., | |
| Defendants. | |

In this patent action, pro se Plaintiff filed his Complaint on March 3, 2011. After reassignment of the case to the undersigned Judge on March 29, 2011, this Court set an initial case management conference for June 22, 2011. However, on June 16, 2011, the Court continued the case management conference because Plaintiff had still not served Defendants.

On July 8, 2011, after being served, Defendant Douglas Goldman, M.D., filed a motion to dismiss. That motion is set for hearing on October 13, 2011. Although the Civil Local Rules provide that any opposition to a motion must be served and filed "not later than 14 days after the motion is served and filed," Plaintiff has not filed an opposition. *See* Civ. L.R. 7-3.

Instead, on August 3, 2011, Plaintiff filed what he styled as an "Ex Parte Motion for Preliminary Injunction and to Compel Response." In that document, Plaintiff states that he was not aware of the change in the Civil Local Rules, which now base the briefing schedule on the filing of a motion instead of off the motion hearing date. In addition, Plaintiff seeks: (1) a preliminary injunction for the alleged long-running patent infringement, which, according to Plaintiff,

1

Case No.: 11-CV-00991-LHK
ORDER REGARDING MOTION HEARING AND BRIEFING SCHEDULE

1  apparently goes back to 2005; and (2) an order requiring Defendants to respond to his Complaint.
2  Without contacting the undersigned's Deputy Clerk, Plaintiff noticed his motion for a hearing on
3  August 18, 2011.
4      The hearing on Plaintiff's motion [dkt. #36] is continued to Thursday, October 13, 2011, at
5  1:30 p.m., to be heard with Defendant's already scheduled motion to dismiss.  In light of Plaintiff's
6  pro se status, the Court finds an extension of the briefing schedule appropriate as to both motions.
7  Accordingly, with respect to Defendant's motion to dismiss [dkt. #25]: Plaintiff's opposition is
8  now due by Wednesday, August 24, 2011, and Defendant's reply is due by Wednesday, August 31,
9  2011.  With respect to Plaintiff's motion: Defendant's opposition is due by Wednesday, August 24,
10 2011, and Plaintiff's reply is due by Wednesday, August 31, 2011.

**IT IS SO ORDERED.**

Dated:  August 5, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge