1  Gregory L. Lippetz (State Bar No. 154228)
   glippetz@jonesday.com
2  Edison T. Lin (State Bar No. 241013)
   elin@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA  94303
   Telephone:   650-739-3939
5  Facsimile:    650-739-3900

6  Attorneys for Defendant
   Douglas E. Goldman, M.D.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

| | |
|---|---|
| 12  RICHARD T. McREE, pro se, | Case No. CV 11-00991 - LHK |
| 13          Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT DOUGLAS E. GOLDMAN, M.D.'S ADMINISTRATIVE MOTION TO CONTINUE THE MAY 3, 2012 CASE MANAGEMENT CONFERENCE** |
| 14      v. | |
| 15  RICHARD N. GOLDMAN, ET AL., | |
| 16          Defendant. | |
| 17 | |
| 18 | Place:   Courtroom 8, 4th Floor<br>Judge:   Honorable Lucy H. Koh |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court having reviewed Defendant, Douglas E. Goldman, M.D.'s ("Defendant D. Goldman") Administrative Motion to Continue the May 3, 2012 Case Management Conference, having considered all of the papers filed in support of the motion,

**HEREBY ORDERS:**

Defendant D. Goldman's Administrative Motion to Continue the May 3, 2012 Case Management Conference is GRANTED.  The Case Management Conference will be rescheduled to ~~30 days after the court rules on the Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.~~  August 30, 2012, at 1:30 p.m., immediately following the hearing on Defendant Douglas Goldman's motion to dismiss.  **IT IS SO ORDERED.**

Dated:  April 30, 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Court Judge

SVI-107527v1