UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. MCREE, | Case No.: 11-CV-00991-LHK |
| Plaintiff, | ORDER VACATING HEARING; RESCHEDULING CASE MANAGEMENT CONFERENCE; AND DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| RICHARD N. GOLDMAN, ET AL., | |
| Defendants. | |

A hearing on Defendant D. Goldman's motion to dismiss the Second Amended Complaint is scheduled for August 30, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for determination without oral argument and accordingly VACATES the August 30, 2012 hearing. The Court will issue an order on the motion shortly.

The case management conference set for August 30, 2012, at 1:30 p.m., is hereby moved to Wednesday, August 29, 2012, at 2:00 p.m. The parties may file requests to appear telephonically if necessary.

The parties have failed to file a Joint Case Management Statement as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Tuesday, August 28, 2012, at 1:00 p.m. The statement must "report[] progress or

1

Case No.: 11-CV-00991-LHK
ORDER VACATING HEARING; RESCHEDULING CASE MANAGEMENT CONFERENCE; DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT

changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated:  August 27, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-00991-LHK
ORDER VACATING HEARING; RESCHEDULING CASE MANAGEMENT CONFERENCE; DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT