DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
ELAINE O'NEIL, State Bar #142234
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3807
Facsimile: (415) 554-3985
E-Mail: danny.chou@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T. McREE, pro se,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD N. GOLDMAN ESTATE, ET AL.<br><br>    Defendants. | Case No. 5:11-CV-0991-LHK<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DISCLOSURES<br><br>Trial Date:         December 2, 2013 |

Good cause having been shown, the parties' Stipulation to Extend Time for Disclosures is GRANTED. The due dates for the following disclosures are hereby continued as follows:

Initial Disclosures Due: From September 12, 2012 to September 26, 2012.

Disclosure of asserted claims and infringement contentions: From September 12, 2012 to September 26, 2012.

Invalidity Contentions: From October 29, 2012 to November 5, 2012.

Proposed claim terms for construction: From November 12, 2012 to November 19, 2012.

Parties exchange preliminary claim construction and identify supporting evidence and experts: From December 10, 2012 to December 17, 2012.

1  Joint Claim Construction and Prehearing Statement:  From January 7, 2013 to January 14,
2  2013.
3  Dated:  September 13         , 2012

_____
UNITED STATES DISTRICT JUDGE