**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. MCREE,<br><br>      Plaintiff,<br>  v.<br><br>RICHARD N. GOLDMAN, ET AL.,<br><br>      Defendants. | Case No.: 11-CV-00991-LHK<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE ELIZABETH D. LAPORTE |

Based on the written consent of all parties, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the above-captioned matter is hereby referred to Magistrate Judge Elizabeth D. Laporte. Magistrate Judge Laporte shall conduct any and all further proceedings, including a jury or bench trial, and shall order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: October 4, 2012

                *Lucy H. Koh*
                LUCY H. KOH
                United States District Judge