IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MCREE, | No. C -11-00991 EDL |
|     Plaintiff, | **ORDER REGARDING PLAINTIFF'S NOVEMBER 20, 2012 LETTER** |
|   v. | |
| RICHARD GOLDMAN, et al., | |
|     Defendants. | |

The Court is in receipt of a letter from Plaintiff dated November 20, 2012. As part of the settlement on the record, this matter has been assigned for all purposes to this Court upon the consent of the parties to magistrate judge jurisdiction. Accordingly, the parties may no longer have ex parte communications with the Court (i.e., confidential communications that are not disclosed to all parties). It does not appear that Plaintiff's November 20, 2012 letter has been served on Defendant and it is labeled as "confidential." Therefore, the Court is returning Plaintiff's letter with this Order.

Any communications with the Court from either side must be served on the opposing side in accordance with the Federal Rules of Civil Procedure and the Court's Civil Local Rules. If Plaintiff has concerns about the settlement reached by the parties and placed on the record on October 3, 2012, Plaintiff shall raise those concerns first with Defendant's counsel, and if a dispute remains, in a joint filing by all parties. At this point, the Court does not anticipate any other filings by the parties. Plaintiff should not file anything, for example, regarding the validity of the patents, and no

invalidity contentions have been filed.

IT IS SO ORDERED.

Dated: November 26, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge