# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| RICHARD MCREE,<br><br>  Plaintiff,<br>v.<br>RICHARD N. GOLDMAN ESTATE, et al.,<br><br>  Defendants.<br>_____/ | No. C 11-991 EDL (MEJ)<br><br>**ORDER DENYING PLAINTIFF'S NOTICE AND APPEAL TO COURT FOR FURTHER MEDIATION**<br>**(Docket No. 149)** |

Pending before the Court is Plaintiff Richard McRee's Notice and Appeal to Court for Further Mediation, filed on May 9, 2013. Dkt. No. 149. This matter was settled on October 3, 2012, during a settlement conference presided over by Chief Magistrate Judge Elizabeth Laporte and the undersigned. Dkt. No. 135. Pursuant to Mr. McRee's request, the settlement was memorialized in a written agreement. This written agreement was first provided to Mr. McRee on December 5, 2012. Mr. McRee objected to certain of its terms and a further settlement conference with the undersigned was held on February 27, 2013. Dkt. No. 147. The written agreement was modified during this further settlement conference to address Mr. McRee's concerns and Mr. McRee subsequently signed it. Dkt. No. 151, Ex. A.

Upon review of Plaintiff's Notice and Defendant City and County of San Francisco's response, the Court finds that San Francisco has complied with its obligations to Mr. McRee under the settlement. There is no basis to revisit the settlement terms or conduct any further mediation proceedings about these matters. Accordingly, Plaintiff's request is DENIED.

**IT IS SO ORDERED.**

Dated: May 28, 2013

_____
Maria-Elena James
United States Magistrate Judge