UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T. MCREE,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIE L. BROWN, et al.,<br><br>    Defendants. | Case No. 11-cv-00991-EDL<br><br>**ORDER**<br>Re: Dkt. No. 163 |

On February 13, 2015, Plaintiff, pro se, filed objections to this Court's January 28, 2015 order, claiming that this Court improperly ruled on his motion and requesting relief from Judge Lucy Koh. As this Court has already explained, Judge Koh is not assigned to this case. (Dkt. 132 (order reassigning case to Judge Laporte for "all further proceedings" and stating that any appeal "shall be taken directly to the United States Court of Appeals for the Ninth Circuit"); see also Dkts. 158, 162 (explaining that Judge Laporte is the presiding judge).) The Court will not accept any future filings addressed to Judge Koh. Plaintiff's objections are improper and are hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 2, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge