UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T. MCREE,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIE L. BROWN, et al.,<br><br>        Defendants. | Case No. 11-cv-00991-EDL<br><br>**ORDER** |

On May 20, 2016, Plaintiff submitted a motion in this closed case captioned "Final Motion for Relief from Order" that is addressed to Judge Koh and purports to seek relief from the President of the United States. As this Court has repeatedly explained to Plaintiff, "Judge Koh is not assigned to this case . . . . [and] [t]he Court will not accept any future filings addressed to Judge Koh." (See, e.g., Dkt. 165.) Accordingly, the Clerk is directed to return the motion to Plaintiff. Furthermore, Plaintiff is advised that this Court is an improper forum for seeking relief from the President.

**IT IS SO ORDERED.**

Dated: May 27, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge